IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PERRY J. FERRARA, JR. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BENSALEM TOWNSHIP | : | NO.  07-788 |

## CIVIL JUDGMENT

AND NOW, this 24TH day of September, 2009, in accordance with interreogatories to the jury, dated September 24, 2009, it is **ORDERED** that **CIVIL JUDGMENT** is entered in favor of defendant, Bensalem township, and against plaintiff, Perry J. Ferrara,

BY THE COURT:


/s/ Norma L. Shapiro
                                                                    J.

ATTEST:


/s/ Madeline F. Ward
Madeline F. Ward, Deputy Clerk

| ATTEST: | or | BY THE COURT: |
|---|---|---|

/s/ *Madeline F. Ward*          /s/ Norma. L. Shapiro

        Deputy Clerk

J.

cc:      Counsel of Record via mail and e-mail as appropriate
           Thomas Clewley