AO 133 (Rev. 11/08) Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

| | | |
|---|---|---|
| PERRY J. FERRARA, JR. | ) | |
| v. | ) | Case No.: 07-CV-0788 |
| BENSALEM TOWNSHIP | ) | |

## Bill of Costs

Judgment having been entered in the above entitled __10/01/2009__ against __Plaintiff, Perry Ferrara__ ,
_Date_

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk .................................................. $ | |
| Fees for service of summons and subpoena ... **Schedule "A"**......................... | 320.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case **Schedule "B"** | 9,041.20 |
| Fees and disbursements for printing . **Schedule "C"** ........................... | 201.96 |
| Fees for witnesses *(itemize on page two)* **Schedule "D"** | 200.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . **Schedule "E"**.......................... | 1,858.00 |
| Docket fees under 28 U.S.C. 1923 ........................................... | |
| Costs as shown on Mandate of Court of Appeals ................................. | |
| Compensation of court-appointed experts ...................................... | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs *(please itemize)* .............................................. | |
| TOTAL $ | 11,421.16 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service by e-mail as set forth below and/or.

☐ Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: _[signature]_

Name of Attorney: Robyn F. McGrath, Esquire

For: Defendant, Bensalem Township                             Date: 10/01/2009
*Name of Claiming Party*

Costs are taxed in the amount of _____ and included in the judgment.

By: _____
_Clerk of Court_          _Deputy Clerk_          _Date_

# SCHEDULE "A"

## DEFENDANT'S COSTS--SERVICE OF SUBPOENAS

| Witness | Date | Cost |
|---|---|---|
| Jonathan Vitriol, Ph.D. | November 28, 2007 | $60.00 (service) |
| New Falls Medical Center | November 30, 2007 | $60.00 (service) |
| Jim Brann, Ph.D. | April 1, 2008 | $50.00 (service) |
| Phyllis Anderson | April 1, 2008 | $75.00 (service) |
| James Barford | | $75.00 (service) |

TOTAL: $320.00

# SCHEDULE "B"

## DEFENDANT'S COSTS--DEPOSITION TRANSCRIPTS

| Deponent | Date | Cost |
|---|---|---|
| Phyllis Anderson | April 9, 2008 | $114.75 |
| Christopher Barry | March 21, 2008 | $240.00 |
| Maria Ferrara | April 10, 2008 | $411.50 |
| Perry Ferrara | March 12, 2008 | $889.55 |
| Perry Ferrara | March 27, 2008 | $1,090.00 |
| Perry Ferrara | April 10, 2008 | $1,087.00 |
| Frederick Harran | March 18, 2008 | $267.80 |
| Dr. John Kane | April 9, 2008 | $142.25 |
| Edward Kisselback | May 12, 2008 | $181.05 |
| Robert Lynady | March 18, 2008 | $174.20 |
| William McCauley | March 13, 2008 | $213.20 |
| Steve Moran | March 13, 2008 | $195.00 |
| Joseph Pillieri | March 14, 2008 | $198.00 |
| Glenn Vandergrift | March 14, 2008 | $120.00 |
| Jonathan Vitriol, Ph.D. | April 9, 2008 | $388.00 |
| Gregory Young | March 13, 2008 | $293.80 |

TOTAL: $6,006.10

# SCHEDULE "B" (CONT'D)

## DEFENDANT'S COSTS--COURT TRANSCRIPTS

| Court Reporter | Date | Cost |
|---|---|---|
| Laws Transcription Service | Hearing-September 10, 2007 | $162.20 |
| Laws Transcription Service | Hearing-February 8, 2008 | $180.40 |
| Perfect Pages Transcription & Reporting | Hearing-June 10, 2008 | $41.50 |
| Laws Transcription Service | Hearing-April 22, 2009 | $280.50 |
| Laws Transcription Service | Trial Day | $1,650.00 |
| Laws Transcription Service | Trial Day | $676.50 |
| Laws Transcription Service | Trial Day | $44.00 |

TOTAL: $3,035.10

GRAND TOTAL: $9,041.20

# SCHEDULE "C"

## DEFENDANTS' COSTS--PRINTING

| Item | Date | Cost |
|---|---|---|
| Timeline | September 23, 2009 | $201.96 |

TOTAL: $201.96

# SCHEDULE "D"

## DEFENDANT'S COSTS—WITNESS FEES

| Witness | Date | Cost |
|---|---|---|
| Jonathan Vitriol, Ph.D. | November 28, 2007 | $40.00 (witness fee) |
| New Falls Medical Center | November 30, 2007 | $40.00 (witness fee) |
| Jim Brann, Ph.D. | April 1, 2008 | $40.00 (witness fee) |
| Phyllis Anderson | April 1, 2008 | $40.00 (witness fee) |
| James Barford | September 8, 2009 | $40.00 (witness fee) |

TOTAL:     $200.00

# SCHEDULE "E"

## DEFENDANT'S COSTS--COPYING

| Service | Date | Cost |
|---|---|---|
| Reliable Copy Services, Inc. | December 3, 2007 | $125.19 |
| Reliable Copy Services, Inc. | November 28, 2007 | $747.54 |
| Kelly & Partners, Inc. | May 16, 2008 | $504.23 |
| Reliable Copy Services, Inc. | April 15, 2008 | $45.75 |
| Landmark Legal Solutions | April 20, 2009 | $119.28 |
| Reliable Copy Services, Inc. | September 8, 2009 | $316.01 |

TOTAL:    $1,858.00