IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PERRY J. FERRARA, JR. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BENSALEM TOWNSHIP | : | NO. 07-788 |

## ORDER

AND NOW, this 30th day of September, 2009, it is **ORDERED** that the Excerpt of Testimony offered on September 9, 2009, presently docketed at paper no. 178, shall be **FILED UNDER SEAL** and impounded until further Order of this court. Said transcript will be made available to counsel on request.

/s/ Norma L. Shapiro
J.

Copy to: David Hayes